Richard M. Hymas (USB # 1612)
Gretta C. Spendlove (USB # 3059)
DURHAM JONES & PINEGAR
111 E. Broadway, Suite 900
Salt Lake City, UT 84111
Telephone: 801-415-3000
Email: rhymas@djplaw.com
Email: gspendlove@djplaw.com

*Attorneys for Defendant KeyBank National Association*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHARVEL CLAWSON,<br><br>Plaintiff,<br><br>vs.<br><br>KEYBANK NATIONAL ASSOCIATION, a National Banking Association, John Does I - X, XYZ Corporations and/or Limited Liability Companies I – X,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>Case No. 2:16-CV-01133-DB<br><br>Judge Dee Benson |

This matter is before the Court pursuant to the Stipulated Motion to Dismiss Action with Prejudice which was stipulated to and jointly filed by the parties on December 6, 2016 (the "Motion"). Having reviewed the Stipulated Motion wherein the Parties have indicated that they have resolved their differences, there appears good cause that the Motion should be granted.

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SLC_3040579.1

Dated this 7th day of December, 2016

	*[signature: Dee Benson]*

	_____
	Judge Dee Benson

SLC_3040579.1